## UNIVERSAL CANDY CO. v. A. G. MORSE CO.

(Court of Appeals of District of Columbia. Submitted January 17, 1924. Decided May 5, 1924. Rehearing Denied May 24, 1924.)

### No. 1634.

Trade-marks and trade-names and unfair competition ⬤⇒32—Evidence held not to show abandonment of mark.

Evidence that suspension of use of word "Universal" as mark on candy was caused by war conditions, increasing cost of boxes to which the mark was applied, and which made it difficult to use the sugar necessary for manufacture of the grade of candy to which mark was attached, and use of mark was resumed in September, 1921, and has been continued since that time, *held* to show that there was no abandonment of mark.

Appeal from the Commissioner of Patents.

Application for registration of a trade-mark by the Universal Candy Company and by the A. G. Morse Company. From a decision granting registration to the Morse Company, and denying registration to the Candy Company, the latter appeals. Affirmed.

⬤⇒For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

Edward W. Shepard, of Washington, D. C., for appellant.

E. T. Fenwick and C. R. Allen, both of Washington, D. C., for appellee.

Before ROBB and VAN ORSDEL, Associate Justices, and SMITH, Judge of the United States Court of Customs Appeals.

SMITH, Acting Associate Justice. This is an appeal from a decision of the Commissioner of Patents, affirming a decision of the Examiner of Interferences, which granted registration of the trade-mark "Universal" to the A. G. Morse Company for use on candy, and denied registration thereof to the Universal Candy Company. The application for registration by the A. G. Morse Company was filed on the 16th of August, 1921, and is known as serial No. 151,837.

From the record in the case it appears that the A. G. Morse Company adopted and began to use the mark in the year 1911, and continued to use it until the year 1917 or 1918, when its further use was suspended. The suspension was caused by war conditions, which greatly increased the cost of the expensive boxes to which the mark was applied, and which made it not only difficult to obtain, but inadvisable to use the sugar necessary for the manufacture of the grade of candy to which the mark was attached. At the time the use of the mark was discontinued, the A. G. Morse Company had a large stock of "Universal" seals, which was kept on hand during the entire period of discontinuance. The use of the seals was resumed about the first of September, 1921, and has been continued since that time.

The Universal Candy Company, by itself and predecessors in interest, began the use of the mark on November 8, 1915, and filed its application, serial No. 141,888, for the registration thereof on the 5th of January, 1921. The adoption of the mark and its use by the A. G. Morse Company was admittedly prior to its adoption and use by the Universal Candy Company and its predecessors in interest. The discontinuance of the use of the mark by the A. G. Morse Company was caused by circumstances over which the company had no control, and inasmuch as the stock of Universal seals was kept on hand and their use resumed when conditions became more favorable, such discontinuance must be regarded as temporary, and not as an abandonment of the mark.

The decision appealed from must therefore be affirmed.